**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**In the matter of:**  
**DICKERSON, CHARLES E**  
**DICKERSON, JANE M**

**Case No. 13-32772**

**Chapter 7**

**Judge Beth A. Buchanan**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $24,754.82 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Navy Federal Credit Union<br>Leonard S Greenwald Esq, 526 Superior Ave Ste 1030<br>Cleveland, OH 44114 | 7 | 16,164.14 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119 | 9 | 8,590.68 |

Date: May 17, 2019

/s/Paul H. Spaeth  
Paul H. Spaeth, Trustee  
7925 Paragon Rd., Ste. 101  
Dayton, Ohio 45459  
(937) 223-1655  
(937) 223-1656 (fax)  
spaethlaw@phslaw.com